Revised 03/06 WDNY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK



FORM TO BE USED IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983
(Prisoner Complaint Form)

All material filed in this Court is now available via the **INTERNET**. See **Pro Se Privacy Notice** for further information.

### 1. CAPTION OF ACTION

**17 CV 526**

A. Full Name And Prisoner Number of Plaintiff: NOTE: *If more than one plaintiff files this action and seeks in forma pauperis status, **each** plaintiff must submit an in forma pauperis application and a signed Authorization or the only plaintiff to be considered will be the plaintiff who filed an application and Authorization.*

1. ALI MOSHIR
2. _____

-VS-

B. Full Name(s) of Defendant(s) NOTE: *Pursuant to Fed.R.Civ.P. 10(a), the names of all parties must appear in the caption. The court may not consider a claim against anyone not identified in this section as a defendant. If you have more than six defendants, you may continue this section on another sheet of paper if you indicate below that you have done so.*

1. HOMELAND SECURITY, DEPARTMENT OF!
2. ICE (IMMIGRATION AND CUSTOMS ENFORCEMENT)
3. FEDERAL GOVERNMENT
4. STATE OF NEW YORK + CITY OF BUFFALO
5. ICE'S BUFFALO FIELD OFFICE + MR. TRYON OF BFDF AND THE BFDF (BUFFALO FEDERAL DETENTION FACILITY)
6. GEO AND ANY OTHER PARTY(S) THAT COULD BE / WOULD BE ADDED AS INVOLVED, LIABLE, ETC.!

### 2. STATEMENT OF JURISDICTION

This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution of the United States. This action is brought pursuant to 42 U.S.C. § 1983. The Court has jurisdiction over the action pursuant to 28 U.S.C. §§ 1331, 1343(3) and (4), and 2201.

### 3. PARTIES TO THIS ACTION

**PLAINTIFF'S INFORMATION** NOTE: *To list additional plaintiffs, use this format on another sheet of paper.*

Name and Prisoner Number of Plaintiff: ALI MOSHIR → UNITED STATES MARSHAL SERVICE #: 26897055

Present Place of Confinement & Address: NORTHEAST OHIO CORRECTIONAL CENTRE (NEOCC) 2240 HUBBARD ROAD, ~~OHIO~~ YOUNGSTOWN, OHIO, 44505

Name and Prisoner Number of Plaintiff: _____
Present Place of Confinement & Address: _____

DEFENDANT'S INFORMATION  NOTE: *To provide information about more defendants than there is room for here, use this format on another sheet of paper.*

Name of Defendant:_____

(If applicable) Official Position of Defendant:_____

(If applicable) Defendant is Sued in _____Individual and/or _____Official Capacity

Address of Defendant:_____

_____


Name of Defendant:_____

(If applicable) Official Position of Defendant:_____

(If applicable) Defendant is Sued in _____Individual and/or _____Official Capacity

Address of Defendant:_____

_____


Name of Defendant:_____

(If applicable) Official Position of Defendant:_____

(If applicable) Defendant is Sued in _____Individual and/or _____Official Capacity

Address of Defendant:_____

_____


## 4. PREVIOUS LAWSUITS IN STATE AND FEDERAL COURT

A.   Have you begun any other lawsuits in **state or federal court** dealing with **the same facts involved in this action**?
     Yes____   No_✓_

If Yes, complete the next section. NOTE: *If you have brought more than one lawsuit dealing with the same facts as this action, use this format to describe the other action(s) on another sheet of paper.*

1.   Name(s) of the parties to this other lawsuit:

     Plaintiff(s):_____

     Defendant(s):_____

     _____

2.   Court (if federal court, name the district; if state court, name the county):_____

     _____

3.   Docket or Index Number:_____

4.   Name of Judge to whom case was assigned:_____

5.  The approximate date the action was filed: _____
6.  What was the disposition of the case?

    Is it still pending? Yes____ No____

    If not, give the approximate date it was resolved. _____

    Disposition (check the statements which apply):

    ____ Dismissed (check the box which indicates why it was dismissed):

    ____ By court *sua sponte* as frivolous, malicious or for failing to state a claim upon which relief can be granted;

    ____ By court for failure to exhaust administrative remedies;

    ____ By court for failure to prosecute, pay filing fee or otherwise respond to a court order;

    ____ By court due to your voluntary withdrawal of claim;

    ____ Judgment upon motion or after trial entered for

    ____ plaintiff

    ____ defendant.

B.  Have you begun **any other lawsuits** in **federal court** which **relate to your imprisonment**?

    Yes ✓   No ____

If Yes, complete the next section. NOTE: *If you have brought more than one other lawsuit dealing with your imprisonment, use this same format to describe the other action(s) on another sheet of paper.*

1.  Name(s) of the parties to this other lawsuit:

    Plaintiff(s): ALI MOSHIR

    Defendant(s): USPS + GOVERNMENT + NEOCC + CCA/CORE CIVIC + USMS + MAIL-CLERK MADAM SLATTERY OF NEOCC

2.  District Court: WESTERN OF NEW YORK
3.  Docket Number: NOT RECIEVED YET!
4.  Name of District or Magistrate Judge to whom case was assigned: NOT RECIEVED YET

5.  The approximate date the action was filed: JUST SENT TO THE COURT
6.  What was the disposition of the case?

    Is it still pending? Yes____ No____

    If not, give the approximate date it was resolved. _____

3

Disposition (check the statements which apply):

\_\_\_\_ Dismissed (check the box which indicates why it was dismissed):

    \_\_\_\_ By court *sua sponte* as frivolous, malicious or for failing to state a claim upon which relief can be granted;

    \_\_\_\_ By court for failure to exhaust administrative remedies;

    \_\_\_\_ By court for failure to prosecute, pay filing fee or otherwise respond to a court order;

    \_\_\_\_ By court due to your voluntary withdrawal of claim;

\_\_\_\_ Judgment upon motion or after trial entered for

    \_\_\_\_ plaintiff

    \_\_\_\_ defendant.

## 5. STATEMENT OF CLAIM

For your information, the following is a list of some of the most frequently raised grounds for relief in proceedings under 42 U.S.C. § 1983. (This list does not include **all** possible claims.)

- Religion
- Free Speech
- Due Process
- Equal Protection
- Access to the Courts
- False Arrest
- Excessive Force
- Failure to Protect
- Search & Seizure
- Malicious Prosecution
- Denial of Medical Treatment
- Right to Counsel

**Please note that** it is not enough to just list the ground(s) for your action. You **must** include a statement of the facts which you believe support each of your claims. In other words, tell the story of what happened to you but do not use legal jargon.

**Fed.R.Civ.P. 8(a)** states that a pleading must contain "a short and plain statement of the claim showing that the pleader is entitled to relief." "The function of pleadings under the Federal Rules is to give fair notice of the claim asserted. Fair notice is that which will enable the adverse party to answer and prepare for trial, allow the application of res judicata, and identify the nature of the case so it may be assigned the proper form of trial." Simmons v. Abruzzo, 49 F.3d 83, 86 (2d Cir. 1995). **Fed.R.Civ.P. 10(b)** states that "[a]ll averments of claim ... shall be made in numbered paragraphs, the contents of each of which shall be limited as far a practicable to a single set of circumstances."

### Exhaustion of Administrative Remedies

Note that according to **42 U.S.C. § 1997e(a)**, "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prison er confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

You must provide information about the extent of your efforts to grieve, appeal, or otherwise exhaust your administrative remedies, and you must attach copies of any decisions or other documents which indicate that you have exhausted your remedies for each claim you assert in this action.

OF → 4250 FEDERAL DRIVE
BATAVIA, NEW YORK
14020

A. FIRST CLAIM: On (date of the incident) THAT WOULD BE IN, THE/MY, HOUSING RECORDS AT BFDF ←

defendant (give the **name and position held** of **each defendant** involved in this incident) I DON'T KNOW WHO ALL HAVE BEEN OR WOULD HAVE BEEN INVOLVED! BUT I WOULD GUESS, ASSUME, SAY: ABVIOUSLY THE HEAD OF THE FACILITY FOR ICE (MR. TRYON) WOULD HAVE TO BE AWARE, ETC.

did the following to me (briefly state what each defendant named above did): SECRET CAMERA(S), WAS/WERE, PLANTED/PLACED/ETC IN WITHIN MY HOUSING CELL OF THE DETAINEE'S WITHIN MY LAST AS WELL AS THE SECOND LAST CELL THAT I WAS PLACED IN/STAYING IN! AT THE BFDF! IN VIOLATION(S) OF, MY/THE, PRIVACY, AS SUCH AND ETC! IN 2016! AS I SPENT AT THE BFDF BETWEEN APRIL.04.2016 AND UNTIL THE MORNING OF JUNE.30.2016

The constitutional basis for this claim under 42 U.S.C. § 1983 is: *RESPECTFULLY REQUESTING COURT TO APPOINT LAWYER AS I AM NOT ABLE TO SELF REPRESENT*

The relief I am seeking for this claim is (briefly state the relief sought): FIVE BILLION DOLLARS! (THEY CAUSED/HAVE CAUSED AN EXTREME AND ENORMOUS AMOUNT OF DISTURBANCE! AND DESTRUCTION(S), DAMAGES, ETC, MENTALLY, EMOTIONALLY, ETC, CAUSED STIGMA, ETC, AND SOON!)

**Exhaustion of Your Administrative Remedies for this Claim:**

Did you grieve or appeal this claim? ___ Yes ✓ No    If yes, what was the result? ___

Did you appeal that decision? ___ Yes ___ No    If yes, what was the result? ___

*Attach copies of any documents that indicate that you have exhausted this claim.*

If you did not exhaust your administrative remedies, state why you did not do so: I NEVER GOT THE CHANCE TO DO SO! AS SOON AS I CAME TO KNOW AND I ASKED A COUPLE OF OFFICERS IF THAT RECORDING COULD BE PRODUCED FOR ME OF ANY TAPINGS BY SECRET CAMERA(S) IN THE CELLS I WAS STAYING IN AS ASSIGNED TO!? THEY SAID WE DON'T KNOW AND WE DON'T KNOW ANYTHING ABOUT THAT! NEXT THING ON JUNE.30,2016 I WAS TAKEN OUT OF BFDF BY ICE AGENTS!

A. SECOND CLAIM: On (date of the incident) ___

defendant (give the **name and position held** of **each defendant** involved in this incident) ___



FROM;
MOSHIR, ALI
ID#: 26897055
NEOCC
2240 HUBBARD ROAD
YOUNGSTOWN, OHIO
44505

TO;
ATTENTION: COURT CLERK
NYWD U.S. COURT
#2 NIAGARA SQUARE
BUFFALO, NEW YORK
14202

THIS ENVELOPE CONTAINS THE FIRST HALF (5 SHEETS) OF THE TOTAL OF NINE (9) SHEETS, TOWARDS THE IN FORMA PAUPERIS FORM, DATED AND SIGNED BY ALI MOSHIR AS OF; WED - MAY, 17, 2017 EXPECT/ANTICIPATE, THE, OTHER/SECOND, HALF, IN A DIFFERENT ENVELOPE,